**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NASHWAN AL-RAMER ABDULRAZZAQ,

        Plaintiff,

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

Civil Action No. 17-1928(EGS)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [47] Respondent's motion to dismiss Petitioner's Second Amended Complaint is **GRANTED IN PART** and **HELD IN ABEYANCE IN PART;** and it is further

**ORDERED** that Petitioner's Eighth Amendment Claims are **DISMISSED;** and it is further

**ORDERED** that Petitioner's remaining claims are **HELD IN ABEYANCE;** and it is further

**ORDERED** that [147] Petitioner's motion to lift stay is **DENIED** and the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. This stay applies to all claims and issues that have been, will be, or could be adjudicated at the military commission and its appeals process. *See Al-Baluchi v. Esper*, Civil Action No. 08-2083, 2019 WL 3414334, at * 13 (D.D.C. July

29, 2019); and it is further

ORDERED that in view of the parties' Status Report, ECF No.
25, and the biweekly status reports that have been submitted to
this Court since November 2, 2017, the Court finds Petitioner's
[10] Motion for Preliminary Injunction to be **MOOT** subject to
further consideration for good cause shown; and it is further

ORDERED that the Minute Order entered October 10, 2017 is
**VACATED** and the parties shall no longer submit joint status
reports; and it is further

ORDERED that the parties are **DIRECTED** to file a joint
status report with recommendations for further proceedings by no
later than 30 days of the ultimate conclusion of the military
commission proceedings against Petitioner.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**October 28, 2019**